NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1334, -1353

**SILICON GRAPHICS, INC.,**

Plaintiff-Cross Appellant,

v.

**ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, and ADVANCED MICRO DEVICES, INC.,**

Defendants-Appellants.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 06-CV-0611, Chief Judge Barbara B. Crabb.

## ORDER

Silicon Graphics, Inc. having notified this court that the automatic stay of proceedings in this appeal has been lifted,

IT IS ORDERED THAT:

The stay of proceedings in this court is lifted and the case is ready for assignment to an oral argument calendar.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   William H. Manning, Esq.
        James M. Bollinger, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK